# Electronic Record

1626-12
1627-12

COA NO: <u>05-11-00362-CR</u> CCRA NO. _____

**Jamerson, Marcus**
*Appellant*

**Aggravated Robbery/Deadly Weapon**
*Offense*

**32 Yrs TDCJE**
*Punishment*

**Dallas**
*County*
Trial Court: **194TH DISTRICT COURT**

Trial Court No.: **F10-14439-M**                    MOTION FOR
                          REHEARING IN COA IS
Trial Judge: **White, Ernest**                    ON
Disposition: **Affirm**
Date: **10/30/2012**                    Justice
Justice: **Justice Morris**    PC <u>yes</u>  S <u>yes</u>
Publish <u>yes</u>  DNP

CLK RECORD <u>9/29/2011</u>
RPT RECORD <u>09/06/2011</u>
STATE BRIEF <u>02/15/2012</u>
APPELLANT BRIEF <u>09/26/2011</u>
SUPP CLK RECORD <u>12/02/2011</u>
SUPP BRIEF
PRO SE BRIEF

1626-12
1627-12

## IN COURT OF CRIMINAL APPEALS

_A P P E L L A N T'S_ PETITION              CCRA DISPOSITION: _____
FOR DISCRETIONARY REVIEW IN CCRA
IS _granted & remanded_                    _____
_____ 8-21-2013 _____                  SIGNED: _____ PC: _____
JUDGE _PC_ _____                JUDGE: _____


_____MOTION FOR          MOTION FOR STAY OF MANDATE IS
REHEARING IN CCRA IS _____
on _____                 _____
                                           on _____


_____                    _____
JUDGE                                      JUDGE